IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-118 |
| v. | |
| STEPHANIE ANNE BIGGERS, PAUL CURTIS LOCKHART, and KAREN DARLENE CASTLEBERRY, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 11, 2021, Report and Recommendation ("R&R"), (doc. 27), to which Plaintiff has filed an objection, (doc. 33).

Plaintiff Daniel Eric Cobble filed this case on December 9, 2020. (Doc. 1.) He was ostensibly concerned with his parental rights and a common law marriage. (See generally id.). After filing his Complaint, Plaintiff failed to remit the required filing fee and never sought *in forma pauperis* status, either. (See docket; see also doc. 26 (Clerk's Notice).) Instead, he filed 23 Motions seeking miscellaneous relief which fail to seek any discernable relief. (See doc. 27, p. 2; see also, e.g., doc. 4 (Motion for the Court to acknowledge that the Complaint was not filed under 28 U.S.C. § 1915 and that plaintiff is not indigent)). Additionally, his filings failed to establish this Court's subject-matter jurisdiction. See Underwriters at Lloyd's, London v. Osting-Schwinn, 613 F.3d 1079, 1085 (11th Cir. 2010) ("The party commencing suit in federal court . . .

has the burden of establishing, by a preponderance of the evidence, facts supporting the existence of federal jurisdiction.").

The Magistrate Judge Recommended that Plaintiff's Complaint be dismissed for Plaintiff's failure to remit the filing fee and for a lack of subject-matter jurisdiction and directed Plaintiff to show cause as to why sanctions should not be imposed. (Doc. 27.) The Magistrate Judge also informed Plaintiff that his vexatious litigation tactics and frivolous filings were an unwelcome abuse on this Court. (Doc. 27, pp. 7-8.) The R&R was mailed to Plaintiff at Georgia State Prison ("GSP"), but it was returned. (Doc. 28.) After the Clerk updated Plaintiff's prison ID number, the Clerk attempted (unsuccessfully) to mail it to him again at GSP. The Court Ordered that Plaintiff be served by US Marshals because it was believed Plaintiff had been released into federal custody. (Doc. 29.) Another mailing attempt returned as undeliverable. (Doc. 30.) Then the Court administratively closed the case for statistical purposes, pending service of the R&R and Order of Service. (Doc. 31.) That Order was also sent back undeliverable. (Doc. 32.) Finally, on October 12, 2021, four months after the R&R was entered, Plaintiff filed his Objection. (Doc. 33.) The case has since languished on the docket.

Plaintiff's Objection is handwritten and partially drafted on unlined pages. (Doc. 33.) It is hardly legible. (Id.) Nevertheless, the Court has sought to review his assertions, in which he expressed qualms with almost every sentence drafted by the Magistrate Judge and includes claims unrelated to the recommended disposition. (See doc. 33, p. 3 ("Stephanie testified under court [sic] to my fed jury on -- --- in Columbus Ga . . . I am legal and biological father to her child.); but see id., p. 11 ("I paid taxes . . .").) He disputes procedures. (See e.g., id., p. 7 ("I can give power of attorney to whoever I feel like it so says fed law includes fed courts so court can go get my money.").) He reasserts his right to diversity jurisdiction. (Id., p. 12 ("I was born in -- England

2

. . . under a different name so I am not a U.S. citizen but defendants are . . . so I qualify for diversity jurisdiction.").).  He disputes semantics.  (See id., p. 13 ("Writing/spelling is not behavior as its not physical but is verbal.").)   He appears to seek prosecution of Magistrate Judge Ray.  (Id., p. 14 ("it's a crime for a fed court judge to cause threats to be delivered to me through U.S. Mail . . . prosecute Judge Ray for causing threat to sanction me to be sent through U.S. mail.").)   And, although his writing is difficult to discern, he also appears to reiterate his past threats of mass harm.  (Id., p. 21 ("does court understand I told a fed jury feb -- 2020 that I fully intend on killing all 30 million former and present government fed/states employee -- as my right to bear arms against a despotic gov. gives me means you Judge Chris Ray?").)[1]   He also sent a copy of the Magistrate Judge's R&R with random words circled, which may or may not correspond to the enumerated assertions drafted in his Objection.  (Id., pp. 23-32.)   Finally, he wrote that the "Court has insulted [him] by calling [him] an abusive non-sensical [sic] without any conviction of a crime . . . ."  (Id., p. 31.)

     Needless to say, Plaintiff has failed to rebut any of the conclusions made by the Magistrate Judge and instead has continued his pattern of frivolous, abusive filings.   And, while much time has elapsed since the R&R was served, the Court finds the Recommendation remains operative because Plaintiff has still not paid fees or applied as a pauper, and his Objection indicates that further amendment or engagement would be futile.   Smith v. Psychiatric Solutions, Inc., 750 F.3d 1253, 1262 (11th Cir. 2014) ("District courts have unquestionable authority to control their own dockets ..., [which] includes broad discretion in deciding how best to manage the cases before them." (internal quotations and citations omitted)).   Therefore, the Court **ADOPTS** the Report

---

[1] Plaintiff was sentenced to 20 years imprisonment for mailing threatening letters to United States District Court Judges of the Middle District of Georgia on August 14, 2020. See United States of America v. Cobble, 5:14-cr-77-CDL-CHW, doc. 766, pp. 1-2 (M.D. Ga. Aug. 24, 2020) (Amended Judgment).

and Recommendation as its opinion.   For the reasons discussed by the Magistrate Judge, the Court **DISMISSES** Plaintiff's Complaint.  (Doc. 1.)   All Motions filed by Plaintiff are **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 27th day of March, 2023.

 

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA