AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DANIEL ERIC COBBLE,

      Plaintiff,

          **V.**

STEPHANIE ANNE BIGGERS, PAUL
CURTIS LOCKHART, and KAREN
DARLENE CASTLEBERRY,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  6:20-cv-118

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 27, 2023, the Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed,

and this case stands closed.

Approved by: _____

March 29, 2023
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020